UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KFORCE, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|   vs. | )    Case No. 4:04CV669SNL |
| | ) |
| **SURREX SOLUTION CORP.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss (#3) be and is **GRANTED.** This cause of action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Dated this   28th   day of March, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE